**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Evette M Fortenberry<br><br>    Debtor(s) | Case No. 13-35270 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/04/2013.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 02/26/2014.

6) Number of months from filing to last payment: 1.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $193.83 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $193.83

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $183.94 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $9.89 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $193.83

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Academic Innovations | Unsecured | 96.25 | NA | NA | 0.00 | 0.00 |
| ADT Security Services, Inc. | Unsecured | 997.99 | NA | NA | 0.00 | 0.00 |
| Allied Collection Serv | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Serv | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| ALTAIR OH XIII LLC | Unsecured | 808.00 | 808.95 | 808.95 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 379.08 | 379.08 | 379.08 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 740.00 | 740.00 | 0.00 | 0.00 |
| Arnold Scott Harris, P.C. | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 418.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 182.54 | NA | NA | 0.00 | 0.00 |
| Avon Products, Inc | Unsecured | 375.95 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Bayside Cash, LDC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Birndorff & Assoc. | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| BLACK EXPRESSIONS | Unsecured | 198.22 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | 1,551.76 | 1,845.66 | 1,845.66 | 0.00 | 0.00 |
| Cash in a wink | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| CASHCALL INC | Unsecured | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 | 0.00 |
| Cashnet USA | Unsecured | 536.19 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 1,575.97 | NA | NA | 0.00 | 0.00 |
| Chasmccarthy | Unsecured | 2,544.00 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 14.90 | NA | NA | 0.00 | 0.00 |
| CITY OF CALUMET CITY | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| City of Harvey | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Waukegan | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 3,932.75 | 3,926.77 | 3,926.77 | 0.00 | 0.00 |
| Cook County Department of Revenue | Unsecured | 42.71 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY DEPT OF REVENUE | Priority | NA | 219.53 | 219.53 | 0.00 | 0.00 |
| Cook County Treasurer | Unsecured | 164.82 | NA | NA | 0.00 | 0.00 |
| Crescent Bank & Trust | Unsecured | NA | 10,897.21 | 10,897.21 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREST FINANCIAL | Unsecured | 1,223.00 | 1,430.00 | 2,340.00 | 0.00 | 0.00 |
| CREST FINANCIAL | Secured | NA | 910.00 | 0.00 | 0.00 | 0.00 |
| Cricket | Unsecured | 121.31 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 39,831.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 21,191.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 15,349.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 12,056.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 8,815.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 8,226.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 6,568.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 3,340.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 1,687.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 1,384.00 | NA | NA | 0.00 | 0.00 |
| Exeter Finance Corp. | Unsecured | 1,475.84 | NA | NA | 0.00 | 0.00 |
| Fac/nab | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| FedEx | Unsecured | 21.34 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 407.87 | NA | NA | 0.00 | 0.00 |
| GEMB / Wal-Mart | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| GreenCorpCash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Hertz Corporation | Unsecured | 1,431.47 | NA | NA | 0.00 | 0.00 |
| Hydra Fund III | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 127.37 | 164.93 | 164.93 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | NA | 0.00 | 2,544.05 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | NA | 2,544.05 | 0.00 | 0.00 | 0.00 |
| Liberty Partners Group | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MetaBank-Fingerhut | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 600.32 | 600.32 | 600.32 | 0.00 | 0.00 |
| Nelnet | Unsecured | 8,506.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,768.18 | 2,084.99 | 2,084.99 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,185.40 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 143.04 | NA | NA | 0.00 | 0.00 |
| PriceWaterhouseCooper | Unsecured | 925.30 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCE | Unsecured | 1,053.00 | NA | NA | 0.00 | 0.00 |
| Quality Payday Loans | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 865.15 | NA | NA | 0.00 | 0.00 |
| R&R COUNTRY MOTORS | Unsecured | 2,678.50 | NA | NA | 0.00 | 0.00 |
| Rms-Recovery Managemen | Unsecured | 5,086.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 65.77 | NA | NA | 0.00 | 0.00 |
| Sister 2 Sister | Unsecured | 912.00 | NA | NA | 0.00 | 0.00 |
| SJB Promotions | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Social Security Administration | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 1,199.03 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 213.70 | 10,297.90 | 10,297.90 | 0.00 | 0.00 |
| Sunrise Credit | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 453.00 | NA | NA | 0.00 | 0.00 |
| The Neat Company | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| THE RACK | Unsecured | 119.97 | NA | NA | 0.00 | 0.00 |
| Time Magazine | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 125.66 | 125.66 | 0.00 | 0.00 |
| Torres Crdit | Unsecured | 3,927.00 | NA | NA | 0.00 | 0.00 |
| UPS | Unsecured | 89.95 | NA | NA | 0.00 | 0.00 |
| US DEPT ED NELNET | Unsecured | 49,228.00 | 174,872.12 | 174,872.12 | 0.00 | 0.00 |
| USA One National Credit Union | Unsecured | 75.65 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 376.00 | 369.75 | 369.75 | 0.00 | 0.00 |
| West Asset Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Wildlife Explorer | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $219.53 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$219.53** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$214,947.39** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $193.83 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$193.83** |

UST Form 101-13-FR-S (09/01/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/05/2014                          By: /s/ Tom Vaughn
                                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**